**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, <br><br>          Plaintiff, <br><br> v. <br><br> BLUE CROSS OF CALIFORNIA, <br><br>          Defendants. | Case No. 5:25-cv-9906 <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME FOR BLUE CROSS OF CALIFORNIA TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE (L.R. 6-1) <br><br> Complaint Filed: November 18, 2025 <br> Complaint Served: November 25, 2025 <br> Current Response Date: February 28, 2026 <br> New Response Date: March 30, 2026 |

The Court, having read and considered Plaintiff John Doe ("Plaintiff") and Defendant Blue Cross of California d/b/a Anthem Blue Cross's ("Anthem") (collectively, the "Parties") Stipulation to Extend Time for Defendant to Respond to the Complaint and Continue the Case Management Conference, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1.  Anthem's time to file a response to the Complaint shall be extended up to and including **March 30, 2026**.  **No further extensions will be granted.**

2.  The March 10, 2026, Case Management Conference is continued to April 14, 2026 at 9:30 a.m.  A Dismissal or Joint Case Management Statement is due by April 7, 2026 .

**IT IS SO ORDERED.**

Dated:  February 25, 2026_____

_____
The Honorable Susan Van Keulen
United States Magistrate Judge

- 1 -                                                  Case No. 5:25-cv-9906
[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO
COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE