# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE

Plaintiff(s)

v.

BLUE CROSS OF CALIFORNIA

Defendant(s)

CASE No C  5:25-cv-9906-SVK

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☑ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☐ other requested deadline:

Date: 3/30/2026

/s/ Elizabeth K. Green
_____
Attorney for Plaintiff

Date: 3/30/2026

/s/ Christine E. Nowland
_____
Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  March 31, 2026

_____
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*