Elizabeth K. Green, Esq. SBN 199634
e-mail: egreen@greenhealthlaw.com
GREEN HEALTH LAW, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203
Telephone: (818) 722-1164

Attorneys for Plaintiff,
John Doe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

                Plaintiff,

    v.

BLUE CROSS OF CALIFORNIA,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:25-cv-9906-SVK

JOINT STIPULATION TO STAY CASE; [PROPOSED] ORDER TO STAY THE CASE

Plaintiff John Doe and Defendant Blue Cross of California ("Blue Cross"), by and through their undersigned counsel of record hereby stipulate, subject to Court approval, to stay the case based on the following stipulation:

1.     This is an ERISA action in which Plaintiff seeks mental health benefits for his minor daughter's residential treatment pursuant to a group health benefit plan insured and administered by Blue Cross.

2.     On February 25, 2026, the Court granted the parties' stipulation to further extend time for Blue Cross to respond to the Complaint. ECF No. 20. The Court ordered that Blue Cross file a response to the Complaint by March 30, 2026 and no further extensions would be granted. *Id.*

Green Health Law, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203

Green Health Law, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203

3.     The Court continued the Case Management Conference from March 10, 2026 to April 14, 2025. *Id.* The Court ordered that a Dismissal or Joint Case Management Statement be filed by April 7, 2026. *Id.*

4.     Counsel for the parties have engaged in settlement discussions over the course of several telephone calls.

5.     The parties exchanged Rule 26 Initial Disclosures.

6.     The parties agree to participate in an Early Settlement Conference with a Magistrate Judge and, accordingly, have filed a Stipulation and [Proposed] Order Selecting ADR Process stating their preference for ADR Process.

7.     The parties seek to participate in an Early Settlement Conference with a Magistrate Judge before incurring additional time and expense litigating the case.

8.     Therefore, the parties stipulate and request that the Court stay the case, including all associated filing deadlines, hearings, and appearances, pending completion of the parties' ADR process.


Dated: March 30, 2026

GREEN HEALTH LAW, APC

By:   /s/ *Elizabeth K. Green*
        Elizabeth K. Green
        Attorneys for Plaintiff
        John Doe


TROUTMAN PEPPER LOCKE LLP

By:   /s/ *Christine Nowland*
        Christine Nowland
        Attorneys for Defendant
        Blue Cross of California

JOINT STIPULATION TO STAY CASE; [PROPOSED] ORDER TO STAY THE CASE

Green Health Law, APC
201 N. Brand Blvd., Suite 200
Glendale, CA 91203

*Filer's Attestation: Pursuant to Civil Local Rule regarding signatures, Elizabeth K. Green hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

[PROPOSED] ORDER TO STAY THE CASE

Pursuant to stipulation by the parties, it is hereby ORDERED that the case is stayed pending completion of the parties' ADR Process. The parties are directed to file a notice of settlement or a joint status report advising the Court of the status of settlement negotiations, on or before July 10, 2026. Current pretrial dates, including filing deadlines and Case Management Conference, are taken off calendar.

Dated: March __31__, 2026

_____
The Honorable Susan Van Keulen
United States Magistrate Judge